# IN THE SUPREME COURT OF THE STATE OF NEVADA

CASSANDRA ANN THOMAS,
               Appellant,
         vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
               Respondent.

No. 80999

FILED

MAY 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a purported order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that a postconviction petition for a writ of habeas corpus had not been filed in district court case number 06 C225497-3, the designated district court case number in this appeal. Thus, this appeal appeared premature. To the extent appellant appealed from the order entered on April 2, 2020, in district court case number A-19-787358-W, that order is already on appeal in Docket No. 80996. A duplicate appeal may not be pursued.

In response, counsel for appellant states that he was retained to handle the appeal related to district court case A-19-787358-W. He inadvertently filed a second notice of appeal after appellant filed the first notice of appeal in pro se. Counsel moves to voluntarily dismiss this appeal so that appellant may proceed in Docket No. 80996. Under these

20-19274

circumstances, although the motion to voluntarily dismiss does not comport with NRAP Form 8, the motion is granted and this appeal is dismissed.

It is so ORDERED.

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                                                    Silver


cc:     Hon. Joseph Hardy, Jr., District Judge
        James J. Ruggeroli
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk